*Alan H. Senie,* in support of the petition.

*Lawrence P. Weisman,* in opposition.

Submitted July 19—decided July 21, 1976

STEVE WEIL *v.* ZONING COMMISSION OF THE TOWN OF NEW FAIRFIELD

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Melvin J. Silverman,* in support of the petition.

*Wayne A. Baker,* in opposition.

Submitted July 19—decided July 29, 1976

JOHN DOLYAK ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF STRATFORD ET AL.

The petition by the defendant Arnold Peck for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Robert L. Berchem,* in support of the petition.

*Thomas J. Rosati,* in opposition.